**Brooke BRICKER, Respondent,**

v.

**James BRICKER, Appellant.**

**No. ED 102784**

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

Filed: February 16, 2016

Alan W. Cohen, 501 North Taylor Avenue, St. Louis, Missouri 63108, for Appellant.

Elaine A. Pudlowski, Frankel, Rubin, Bond, Dubin, Siegel & Klein, P.C., 231 South Bemiston Avenue, Suite 1111, Clayton, Missouri 63105.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

---

## ORDER

PER CURIAM

James Bricker (Husband) appeals the judgment of the Circuit Court of the City of St. Louis dissolving his marriage to Brooke Bricker (Wife) and awarding Wife sole legal and physical custody of the children. Husband argues that the trial court erred by 1) failing to grant Husband unsupervised visitation, 2) ordering Husband to pay fifty percent of the children's private schooling costs, and 3) dividing Husband's pension through the Fireman's Retirement System of St. Louis. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).